No. 577. RICKERT RICE MILLS, INC., *v.* FONTENOT;

No. 578. DORE *v.* SAME; ·

No. 579. UNITED RICE MILLING PRODUCTS CO., INC., *v.* SAME;

No. 580. BATON ROUGE RICE MILL, INC., *v.* SAME;

No. 581. SIMON *v.* SAME;

No. 585. LEVY RICE MILLING CO., INC., *v.* SAME;

No. 586. FARMERS RICE MILLING CO., INC., *v.* SAME; and

No. 587. NOBLE-TROTTER RICE MILLING CO., INC., *v.* SAME. *Ante,* p. 110. January 20, 1936. Motion of counsel for petitioners that mandate issue forthwith granted; order to release funds signed and entered.

· No. 16, original. GEORGIA *v.* MORGENTHAU ET AL. January 20, 1936. The motion to dismiss and answer of the defendants received and ordered filed. *Solicitor General Reed* for defendants, in support of the motion.

No. 657. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* COXEY. On petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit. February 3, 1936. *Per Curiam:* The petition for writ of certiorari is granted. Judgment reversed on authority of *Douglas* v. *Willcuts,* 296 U. S. 1; *Helvering* v. *Schweitzer,* 296 U. S. 551; *Helvering* v. *Blumenthal,* 296 U. S. 552; *Helvering* v. *Stokes,* 296 U. S. 551. *Solicitor General Reed* for petitioner. *Mr. Clarence E. Hall* for respondent.

· No. —, original. EX PARTE BROWN. February 3, 1936. The motion for leave to file petition for writ of habeas corpus is denied. *Mr. John Brown, pro se.*